**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

MARTRES DE'JOHN BECOAT,

Petitioner,

v. CIVIL ACTION NO. 5:24-cv-00533

W. HOLZAPFEL,

Respondent.

**ORDER**

Pending is *pro se* Petitioner Martres De'John Becoat's Petition for Writ of Habeas Corpus [ECF 1], filed September 27, 2024. Also pending is Respondent's Motion to Dismiss Petition [ECF 13], filed August 21, 2026. This action was previously referred to the Honorable James P. Mazzone, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Mazzone filed his PF&R on October 5, 2026. [ECF 16]. Magistrate Judge Mazzone recommended that the Court dismiss without prejudice as moot Mr. Becoat's Petition [ECF 1], deny as moot Respondent's Motion to Dismiss [ECF 13], and remove this matter from the Court's docket. [ECF 16 at 1, 6].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-*

*Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on October 22, 2026. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R [**ECF 16**], **DENIES AS MOOT** Respondent's Motion to Dismiss [**ECF 13**], **DISMISSES WITHOUT PREJUDICE AS MOOT** Mr. Becoat's Petition for Writ of Habeas Corpus [**ECF 1**], and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: November 23, 2026

Frank W. Volk
Chief United States District Judge

---

[1] On October 22, 2026, the copy of the PF&R [ECF 16] sent to Mr. Becoat at FCI Beckley was returned as undeliverable inasmuch as Mr. Becoat was released from BOP custody on July 16, 2026. [ECF 13 at 1; ECF 16 at 2]. Mr. Becoat's current address is unknown; therefore, a copy of the PF&R is unable to be resent.